UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MICHELLE JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:13-CV-5127-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is Magistrate Judge John T. Rodger's February 27, 2014, Report and Recommendation to grant the parties' stipulated motion to remand the above-captioned matter to the Commissioner for a *de novo* hearing pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 8. Objections to the Report and Recommendation were due on or before March 13, 2014. There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The parties' stipulated motion for remand pursuant to sentence six of 42 U.S.C. § 405(g), **ECF No. 7**, is **GRANTED**.

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a *de novo* hearing, pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the

ORDER ADOPTING REPORT AND RECOMMENDATION . . . - 1

administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further update the medical record as deemed necessary, and issue a new decision.

3. If the outcome of the *de novo* hearing is not favorable to Plaintiff, Plaintiff may seek judicial review by reinstating this case rather than by filing a new complaint. If the outcome of the administrative proceedings is fully favorable to Plaintiff, the parties shall file a motion to dismiss the complaint.

4. **The Court will retain jurisdiction of this action; no judgment shall be entered until further order of the Court**.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **ADMINISTRATIVELY CLOSE THE FILE**.

**DATED** this 15th day of April 2014.

                                                *s/ Rosanna Malouf Peterson*
                                                ROSANNA MALOUF PETERSON
                                                Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION . . . - 2