UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MICHELLE JUSTICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | NO: 2:13-CV-5127-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Rodgers's February 6, 2018, Report and Recommendation to grant in part Plaintiff's Motion for Summary Judgment, ECF No. 17, and deny Defendant's Motion for Summary Judgment, ECF No. 24. *See* ECF No. 26. Objections were due on or before February 20, 2018. Neither party submitted timely objections to the Report and Recommendation.

Having reviewed the February 6, 2018, Report and Recommendation, the Court **ADOPTS** the Report and Recommendation, **ECF No. 26**, in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS ORDERED**:

1. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **GRANTED IN PART** and **REMANDED** to the Commissioner for additional proceedings consistent with the Report and Recommendation.

2. Defendant's Motion for Summary Judgment, **ECF No. 24**, is **DENIED**.

The District Court Clerk is directed to file this Order and provide copies to counsel.

**DATED** February 22, 2018.

                                              *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                              United States District Judge